**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6609

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CESAR M. NAVARRO, a/k/a Cesar Navarro,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Thomas S. Kleeh, Chief District Judge.  (2:17-cr-00002-TSK-MJA-1)

Submitted:  November 19, 2024                    Decided:  November 22, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cesar M. Navarro, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cesar M. Navarro, a federal inmate, appeals the district court's postjudgment order accepting the magistrate judge's recommendation, denying Navarro's Fed. R. Crim. P. 41(g) motion for the return of his property, and directing the clerk to open a new civil action in which Navarro could pursue his motion. We discern no abuse of discretion in the court's decision to transfer Navarro's motion to the court's civil docket. *See United States v. Janati*, 374 F.3d 263, 273 (4th Cir. 2004). Accordingly, we affirm the district court's order.[*] *United States v. Navarro*, No. 2:17-cr-00002-TSK-MJA-1 (N.D. W. Va. June 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because Navarro continues to litigate his request for the return of his property, we do not opine on the merits of his Rule 41(g) motion.